| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Ackerman, Harold A | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>305 USPO and Courthouse<br>P.O. Box 999<br>Newark, NJ 07101-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE 2004 MAY 17 P 1:15 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | New Jersey Division of Pensions | $21,765.92 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University Law School | September 15-21 - Santa Fe, NM - Wealth of Nations Seminar (Transportation, Hotel, Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  New Jersey State Turnpike Authority | A | Interest | | | Sold | 08/11 | J | | ███████ |
| 2.  NJ EDA Garden State | A | Interest | J | T | | | | | |
| 3.  Rutgers, State Univ NJ | A | Interest | | | Sold | 07/31 | J | B | ███████ |
| 4.  Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 5.  NJ ECN DV at WTR | A | Interest | J | T | | | | | |
| 6.  Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 7.  Cape May County, NJ Mun. Util. | A | Interest | | | Sold | 01/02 | J | | ███████ |
| 8.  Salem Co. NJ Indl. Plltn. | A | Interest | J | T | | | | | |
| 9.  NJ Economic Development Auth. | A | Interest | J | T | | | | | |
| 10.  Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 11.  Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 12.  Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 13.  Hillsborough Twsp. School District | A | Interest | J | T | | | | | |
| 14.  Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 15.  NJ Health Care FCS | A | Interest | J | T | | | | | |
| 16.  Port Authority NY and NJ Cons | A | Interest | | | Sold | 01/15 | J | | ███████ |
| 17.  NJ Building Auth. St | A | Interest | K | T | | | | | |
| 18.  Puerto Rico Commonwealth HWY-TR | A | Interest | | | Sold | 07/01 | K | C | ███████ |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 19. Rutgers, State Univ. NJ | A | Interest | K | T | | | | | |
| 20. North Hudson Sew Auth. NJ | A | Interest | K | T | | | | | |
| 21. NJ Economic Development Auth. | A | Interest | K | T | | | | | |
| 22. Perth Amboy NJ FSA PRF03 | A | Interest | | | Sold | 06/02 | J | | ▇▇▇ |
| 23. NJ Sport Exp at Sport Compmx | A | Interest | K | T | | | | | |
| 24. NJ Economic Dev Auth Rev Clara Maass | A | Interest | J | T | | | | | |
| 25. NJ Econ Dev Auth Rev Clara Maass | A | Interest | K | T | | | | | |
| 26. Morristown NJ Pkg Auth | A | Interest | K | T | | | | | |
| 27. NJ Econ Dev Auth WTR FACS REV | A | Interest | K | T | | | | | |
| 28. NJ Econ Dev Auth WTR FACS REV FGIC | A | Interest | | | Sold | 04/17 | J | | ▇▇▇ |
| 29. NJ EDA Nat. Gas | A | Interest | J | T | | | | | |
| 30. NJ State Var Purp | A | Interest | J | T | | | | | |
| 31. NJ HCFFA RV HSP | A | Interest | J | T | | | | | |
| 32. NJ EDA Water FC RV AMER WTR CO. | A | Interest | J | T | | | | | |
| 33. NJ State Hwy Auth Pkwy | A | Interest | J | T _ | | | | | |
| 34. West Deptford Twp. NJ | A | Interest | J | T | | | | | |
| 35. New Jersey Health Care | A | Interest | J | T | | | | | |
| 36. Delaware River Port Auth. | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 38. New Jersey State EDL | A | Interest | J | T | | | | | |
| 39. Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 40. NJ State Govt/UO | A | Interest | J | T | | | | | |
| 41. New Jersey EDL FFA REV | A | Interest | J | T | | | | | |
| 42. New Jersey St EFA Rev | A | Interest | K | T | | | | | |
| 43. Salem County NJ Indl PCF | A | Interest | | | Sold | 12/31 | J | | ■■■■■ |
| 44. New Jersey Sports Exp A | A | Interest | J | T | | | | | |
| 45. New Jersey Sports Exp A | A | Interest | J | T | | | | | |
| 46. New Jersey St Trans | A | Interest | J | T | | | | | |
| 47. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 48. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 49. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 50. New Jersey State Exempt FA | A | Interest | J | T | | | | | |
| 51. Port Auth NY & NJ Cons | A | Interest | K | T | Buy | 06/27 | K | | ■■■■■ |
| 52. Dallas Fort Worth Tex R | A | Interest | J | T | Buy | 05/28 | J | | ■■■■■ |
| 53. Denver Colo City & Cnty | A | Interest | J | T | Buy | 04/28 | J | | ■■■■■ |
| 54. Puerto Rico Comwlth Hwy | A | Interest | J | T | Buy | 04/16 | J | | ■■■■■ |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Miami-Dade Cnty FL | A | Interest | J | T | Buy | 02/03 | J | | ■■■■ |
| 56. Miami-Dade Cnty FL | A | Interest | J | T | Buy | 01/09 | J | | ■■■■ |
| 57. New Jersey State EDL FCS A Kean Univ | A | Interest | J | T | Buy | 12/04 | J | | ■■■■ |
| 58. Massachusetts Bay Trans | A | Interest | J | T | Buy | 07/16 | J | | ■■■■ |
| 59. California St | A | Interest | J | T | Buy | 07/14 | J | | ■■■■ |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50.001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15.001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25.000.001-$50,000,000 | K = $15,001-$50,000 O = $500.001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ackerman, Harold A | 5/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____   Date May 13, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544